UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
PEREZ, BARBARA

Case No.: 19-20203 (SLM)
Chapter: 7
Judge: STACEY L. MEISEL

## NOTICE OF PROPOSED ABANDONMENT

Jay L. Lubetkin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable STACEY L. MEISEL on December 3, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 126-128 3rd Avenue<br>Newark, NJ 07104<br><br>Current Market Value: $285,000.00 |

| | |
|---|---|
| Liens on property: | $588,404.00 |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

NAME: /s/Jay L. Lubetkin, Chapter 7 Trustee
FIRM NAME: Rabinowitz, Lubetkin & Tully, L.L.C.
ADDRESS: 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039
TELEPHONE NO: (973) 597-9100
SUBMITTED BY: Jay L. Lubetkin POSITION: Chapter 7 Trustee PHONE: (973)597-9100
DATED: October 30, 2019

United States Bankruptcy Court
District of New Jersey

In re:
Barbara Perez
Debtor

Case No. 19-20203-SLM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 1 Date Rcvd: Oct 31, 2019
Form ID: pdf905 Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.

db +Barbara Perez, 547 Sanderling Ct., Secaucus, NJ 07094-2220
cr +Santander Consumer USA Inc., 2860 Patton Rd., Roseville, MN 55113-1100
518255905 +Lending Club Credit Solutions, 1700 West Park Drive Suite 310, Westborough, MA 01581-3976
518255906 +Santander Consumer USA, P.O. 961288, Fort Worth, TX 76161-0288
518255908 +The Home Depot- Fortiva, Five Concourse Parkway, Suite 300, Atlanta, GA 30328-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

smg E-mail/Text: usanj.njbankr@usdoj.gov Nov 01 2019 00:11:59 U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 01 2019 00:11:56 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235
518255907 E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 01 2019 00:11:33 The Children's Place, PO BOX 659820, San Antonio, TX 78265-9120

TOTAL: 3

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

518255909 ##+US Bank National Association as trustee, c/o Monika S. Pundalik, Esq., Zucker, Goldberg & Ackerman,LLC, 200 Sheffield Street Suite 101, Mountainside, NJ 07092-2315

TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:

Denise E. Carlon on behalf of Creditor U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates, Series 2006-FRE1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com, rgaydos@rltlawfirm.com
Jay L. Lubetkin on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
Kevin Gordon McDonald on behalf of Creditor U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates, Series 2006-FRE1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
Tomas Espinosa on behalf of Debtor Barbara Perez te@lawespinosa.com, attespinosalawfirm@gmail.com
U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6